**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pacificare of Arizona, Inc., | ) | No. CV06-00132-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Surgical Assistant Associates, L.L.C., an Arizona limited liability company, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Pacificare's Motion for Summary Judgment (doc. # 34) is terminated as moot in light of the court's entry of declaratory judgment after trial on the merits.

DATED this 2nd day of March 2007.

Neil V. Wake
United States District Judge