**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PacifiCare of Arizona, Inc., | No. CV06-00132-PHX-NVW |
| Plaintiff, | **DECLARATORY JUDGMENT** |
| vs. | |
| Surgical Assistant Associates, L.L.C., an Arizona limited liability company, | |
| Defendant. | |

The court having tried this case on March 1, 2007, and having entered its findings of fact and conclusions of law this day,

IT IS ORDERED, ADJUDGED, AND DECREED in favor of Plaintiff PacifiCare of Arizona, Inc., that Defendant Surgical Assistant Associates, L.L.C. ("SAA"), its attorneys, officers, agents, servants, employees and any and all other persons, in active concert and participation with them may not lawfully: (i) bill and/or attempt to bill any PacifiCare beneficiary for the alleged balance of any services provided by SAA, (ii) initiate communications with any PacifiCare beneficiary for the purpose of collecting an alleged balance for any services provided by SAA, (iii) file a lawsuit against any PacifiCare beneficiary for the purpose of collecting any alleged balance of any services provided by SAA, or (iv) engage in any other conduct causing or attempting to cause any PacifiCare beneficiary to pay any such alleged balance for any services provided by SAA.

1 | The Clerk of the Court shall terminate this action.

2 | DATED this 2nd day of March 2007.

_____
Neil V. Wake
United States District Judge